No. 90–1242. BRIGNOLI & CURLEY, INC., ET AL. *v.* CURLEY ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1269. FUNCTION JUNCTION, INC., ET AL. *v.* CROWE ET AL. C. A. 11th Cir. Motion of respondents for damages pursuant to this Court's Rule 42.2 denied. Certiorari denied.

No. 90–5806. PARKER *v.* PARSONS, WARDEN, ET AL., 498 U. S. 1121;

No. 90–6229. MARTIN *v.* SUPREME COURT OF DELAWARE, 498 U. S. 1094;

No. 90–6301. SHAW *v.* PETERS, WARDEN, 498 U. S. 1071;

No. 90–6420. HUNZIKER ET AL. *v.* GERMAN-AMERICAN STATE BANK ET AL., 498 U. S. 1073;

No. 90–6421. IN RE HUNZIKER ET AL., 498 U. S. 1065; and

No. 90–6478. CRUICKSHANK *v.* AMERICAN HONDA, 498 U. S. 1097. Petitions for rehearing denied.

No. 90–815. BLAINE *v.* MARMOR ET UX., 498 U. S. 1067. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

APRIL 3, 1991

No. 90–1052. GENENTECH, INC., ET AL. *v.* HORMONE RESEARCH FOUNDATION ET AL. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.

APRIL 12, 1991

No. A–770 (90–89). INTERNATIONAL PRIMATE PROTECTION LEAGUE ET AL. *v.* ADMINISTRATORS OF TULANE EDUCATIONAL FUND ET AL. C. A. 5th Cir. [Certiorari granted, 498 U. S. 980.] Application to recall and stay the mandate of the United States Court of Appeals for the Fifth Circuit and to reinstate the injunction of the United States District Court for the Eastern Dis-